UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:14-cv-22653-CMA**

ROTHSCHILD STORAGE
RETRIEVAL INNOVATIONS, LLC,
a Florida limited liability company,

        Plaintiff,

vs.

SAMSUNG ELECTRONICS CO.,
LTD., a South Korean entity, SAMSUNG
ELECTRONICS AMERICA, INC., a
New York entity, and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a/k/a SAMSUNG MOBILE and
SAMSUNG WIRELESS, a Delaware entity,

        Defendants.
_____/

**CERTIFICATE OF INTERESTED PARTIES (UPDATED)**
**AND CORPORATE DISCLOSURE STATEMENT**

        Plaintiff Rothschild Storage Retrieval Innovations, LLC ("Rothschild"), pursuant to Fed. R. Civ. P. 7.1, file this Certificate of Interested Parties and Corporate Disclosure Statement and further provide the following information and certify that the following listed persons, associated persons, firms, partnerships, or corporations (including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities, related to a party) have a financial interest in the outcome of this case.

        1.      Plaintiff, Rothschild Storage Retrieval Innovations, LLC ("RSRI") with its principal address at 1108 Kane Concourse, Suite 310, Bay Harbor Islands, Florida 33154.

2. Defendants, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, a/k/a Samsung Mobile and Samsung Wireless.

3. Shore Chan DePumpo LLP, Dallas, Texas, of counsel for Plaintiff.

4. Diaz, Reus & Targ, LLP and Michael Diaz, Jr. and Brant C. Hadaway, 100 SE 2nd Street, Suite 3400, Miami, Florida 33131, counsel for Plaintiff.

Additionally, Plaintiff states that there is no parent corporation or publically held corporation that owns ten percent (10%) or more of the stock of Rothschild Storage Retrieval Innovations, LLC.

Dated: August 1, 2014

Respectfully submitted,

DIAZ REUS & TARG, LLP
100 Southeast Second Street
3400 Miami Tower
Miami, Florida 33131
Telephone: (305) 375-9220
Facsimile: (305) 375-8050

/s/ Brant C. Hadaway
Michael Diaz, Jr.
Florida Bar No. 606774
E-mail: mdiaz@diazreus.com
Brant C. Hadaway
Florida Bar No. 494690
E-mail: bhadaway@diazreus.com
Xingjian Zhao
Florida Bar No. 86289
E-mail: xzhao@diazreus.com

*Counsel for Plaintiff*

*– AND –*

        Michael W. Shore
Texas Bar No. 18294915
E-mail: mshore@shorechan.com
Alfonso G. Chan
Texas Bar No. 24012408
E-mail: achan@shorechan.com
Dustin R. Lo
Texas Bar No. 24087937
E-mail: dlo@shorechan.com

SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111
*Of Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/    Brant C. Hadaway
            Brant C. Hadaway